Jeffrey I. Hasson
Attorney at Law
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@hassonlawllc.com
Washington State Bar No. 23741
Attorney for National Enterprise Systems, Inc.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER C. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC., *et al.,*<br><br>    Defendants. | Case No.: 3:23-CV-06065-TMC<br><br>ANSWER OF DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC. |

Now comes Defendant National Enterprise Systems, Inc. ("NES"), by and through its undersigned counsel, and for its Answer to Plaintiff Christopher C. Johnson's ("Plaintiff") Complaint, states as follow:

**INTRODUCTION**

1. NES admits that Plaintiff's Complaint attempts to state claims against it under the Fair Debt Collection Practices Act ("FDCPA") and Washington state law but denies the allegations set forth in Paragraph 1 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by NES, that Plaintiff has any viable claims against NES, or that Plaintiff is entitled to any damages as against NES. Further answering, NES is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 1 of

ANSWER OF DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.- 1
Case No. 3:23-CV-06065-TMC

HASSON LAW, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

c:\users\jeff\appdata\local\temp\answer for wdwash.doc

1  Plaintiff's Complaint, and therefore denies the same.

## BASIS OF JURISDICTION

3  2. Paragraph 2 of Plaintiff's Complaint sets forth legal conclusions to which no response is required. To the extent a response is required, NES admits that this Court has jurisdiction over claims arising under federal law but denies the allegations set forth in Paragraph 2 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by NES. Further answering, NES is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 2 of Plaintiff's Complaint, and therefore denies the same.

3. Paragraph 3 of Plaintiff's Complaint sets forth a legal conclusion to which no response is required. To the extent a response is required, NES is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 3 of Plaintiff's Complaint, and therefore denies the same.

## PARTIES

4. Paragraph 4 of Plaintiff's Complaint sets forth legal a conclusion to which no response is required. To the extent a response is required, NES is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 4 of Plaintiff's Complaint, and therefore denies the same.

5. NES admits that it is a corporation organized under the laws of the State of Ohio and its registered agent in the State of Washington is Sherri L. Simonoff, 512 Bell St., Edmonds, Washington, 98020-3147. Further answering, NES is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 5 of Plaintiff's Complaint, and therefore denies the same.

6. NES is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of Plaintiff's Complaint, and therefore denies the same.

7. Paragraph 7 of Plaintiff's Complaint sets forth a legal conclusion to which no

ANSWER OF DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.- 2
Case No. 3:23-CV-06065-TMC

c:\users\jeff\appdata\local\temp\answer for wdwash.doc

HASSON LAW, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

response is required. To the extent a response is required, NES admits that, under certain circumstances, it may fall under the definition of "debt collector" as that term is defined in the FDCPA. Further answering, NES is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 7 of Plaintiff's Complaint, and therefore denies the same.

8. NES denies the allegations set forth in Paragraph 8 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by NES. Further answering, NES is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 8 of Plaintiff's Complaint, and therefore denies the same.

## FACTUAL ALLEGATIONS

9. Paragraph 9 of Plaintiff's Complaint, and all subparts thereof, set forth legal conclusions to which no response is required. To the extent a response is required, NES is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 9 of Plaintiff's Complaint, and all subparts thereof, and therefore denies the same.

10. Paragraph 10 of Plaintiff's Complain sets forth a legal conclusion to which no response is required. To the extent a response is required, NES is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10 of Plaintiff's Complaint, and therefore denies the same.

11. NES admits that an account in Plaintiff's name (the "Account") was placed with it for collection. Further answering, NES is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 11 of Plaintiff's Complaint, and therefore denies the same.

12. NES states that the document attached to Plaintiff's Complaint as Exhibit A speaks for itself. Further answering, NES denies the remaining allegations set forth in Paragraph 12 of Plaintiff's Complaint.

ANSWER OF DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.- 3
Case No. 3:23-CV-06065-TMC

HASSON LAW, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

c:\users\jeff\appdata\local\temp\answer for wdwash.doc

13. NES states that the document attached to Plaintiff's Complaint as Exhibit B speaks for itself. Further answering, NES denies the remaining allegations set forth in Paragraph 13 of Plaintiff's Complaint.

14. NES states that the document attached to Plaintiff's Complaint as Exhibit B speaks for itself. Further answering, NES denies the remaining allegations set forth in Paragraph 14 of Plaintiff's Complaint.

15. NES states that the document attached to Plaintiff's Complaint as Exhibit A speaks for itself. Further answering, NES denies the remaining allegations set forth in Paragraph 15 of Plaintiff's Complaint.

16. NES states that the document attached to Plaintiff's Complaint as Exhibit C speaks for itself. Further answering, NES denies the remaining allegations set forth in Paragraph 16 of Plaintiff's Complaint.

17. NES denies the allegations set forth in Paragraph 17 of Plaintiff's Complaint.

18. NES denies the allegations set forth in Paragraph 18 of Plaintiff's Complaint.

**PLAINTIFF DAMAGES**

19. NES denies the allegations set forth in Paragraph 19 of Plaintiff's Complaint.

20. NES denies the allegations set forth in Paragraph 20 of Plaintiff's Complaint.

21. NES denies the allegations set forth in Paragraph 21 of Plaintiff's Complaint.

22. NES denies the allegations set forth in Paragraph 22 of Plaintiff's Complaint.

23. NES denies the allegations set forth in Paragraph 23 of Plaintiff's Complaint.

24. NES denies the allegations set forth in Paragraph 24 of Plaintiff's Complaint.

25. NES denies the allegations set forth in Paragraph 25 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by NES. Further answering, NES is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 25 of Plaintiff's Complaint, and therefore denies the same.

26. NES denies the allegations set forth in Paragraph 26 of Plaintiff's Complaint to

ANSWER OF DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.- 4
Case No. 3:23-CV-06065-TMC

c:\users\jeff\appdata\local\temp\answer for wdwash.doc

HASSON LAW, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1   the extent they allege or imply wrongdoing by NES.  Further answering, NES is without

2   knowledge or information sufficient to form a belief as to the truth of the remaining allegations

3   set forth in Paragraph 26 of Plaintiff's Complaint, and therefore denies the same.

4         27.    NES denies the allegations set forth in Paragraph 27 of Plaintiff's Complaint to

5   the extent they allege or imply wrongdoing by NES.  Further answering, NES is without

6   knowledge or information sufficient to form a belief as to the truth of the remaining allegations

7   set forth in Paragraph 27 of Plaintiff's Complaint, and therefore denies the same.

**COUNT 1 VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**

**15 U.S.C [sic] § 1692d NATIONAL ENTERPRISE SYSTEMS INC.**

10         28.    All allegations incorporated by reference in Paragraph 28 of Plaintiff's Complaint

11  are admitted and denied in the same manner and to the same extent as said allegations are

12  otherwise admitted and denied herein.

13        29.    NES denies the allegations set forth in Paragraph 29 of Plaintiff's Complaint.

14        30.    NES denies the allegations set forth in Paragraph 30 of Plaintiff's Complaint.

15        31.    NES denies the allegations set forth in Paragraph 31 of Plaintiff's Complaint.

16        32.    NES denies the allegations set forth in Paragraph 32 of Plaintiff's Complaint.

**COUNT II VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**

**15 U.S.C [sic] § 1692c(a)(1) DEFENDANT NATIONAL ENTERPRISE SYSTEMS INC.**

19        33.    All allegations incorporated by reference in Paragraph 33 of Plaintiff's Complaint

20  are admitted and denied in the same manner and to the same extent as said allegations are

21  otherwise admitted and denied herein.

22        34.    NES denies the allegations set forth in Paragraph 34 of Plaintiff's Complaint.

23        35.    NES denies the allegations set forth in Paragraph 35 of Plaintiff's Complaint.

24        36.    NES denies the allegations set forth in Paragraph 36 of Plaintiff's Complaint.

25        37.    NES denies the allegations set forth in Paragraph 37 of Plaintiff's Complaint.

26

ANSWER OF DEFENDANT NATIONAL
ENTERPRISE SYSTEMS, INC.- 5
Case No. 3:23-CV-06065-TMC

c:\users\jeff\appdata\local\temp\answer for wdwash.doc

**HASSON LAW, LLC**
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

**COUNT III VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C [sic] § 1692f(1) DEFENDANT NATIONAL ENTERPRISE SYSTEMS INC.**

38. NES denies the allegations set forth in Paragraph 38 of Plaintiff's Complaint.

39. NES denies the allegations set forth in Paragraph 39 of Plaintiff's Complaint.

40. NES denies the allegations set forth in Paragraph 40 of Plaintiff's Complaint.

41. NES denies the allegations set forth in Paragraph 41 of Plaintiff's Complaint.

**GENERAL ALLEGATIONS APPLICABLE TO ALL WASHINGTON CONSUMER PROTECTION ACT CLAIMS**

42. Paragraph 42 of Plaintiff's Complaint sets forth legal conclusions to which no response is required.  To the extent a response is required, NES is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 42 of Plaintiff's Complaint, and therefore denies the same.

43. Paragraph 43 of Plaintiff's Complaint sets forth legal conclusions to which no response is required.  To the extent a response is required, NES denies the allegations set forth in Paragraph 43 of Plaintiff's Complaint to the extent they allege or imply wrongdoing by NES. Further answering, NES is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in Paragraph 43 of Plaintiff's Complaint, and therefore denies the same.

44. Paragraph 44 of Plaintiff's Complaint sets forth legal conclusions to which no response is required.  To the extent a response is required, NES is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 44 of Plaintiff's Complaint, and therefore denies the same.

**COUNT IV VIOLATION OF THE WASHINGTON COLLECTION AGENCIES ACT RCW 19.16.250(13) DEFENDANT NATIONAL ENTERPRISE SYSTEMS INC.**

45. All allegations incorporated by reference in Paragraph 45 of Plaintiff's Complaint are admitted and denied in the same manner and to the same extent as said allegations are

ANSWER OF DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.- 6
Case No. 3:23-CV-06065-TMC

c:\users\jeff\appdata\local\temp\answer for wdwash.doc

HASSON LAW, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

otherwise admitted and denied herein.

46. NES denies the allegations set forth in Paragraph 46 of Plaintiff's Complaint.

47. NES denies the allegations set forth in Paragraph 47 of Plaintiff's Complaint.

**COUNT V VIOLATION OF THE WASHINGTON CONSUMER PROTECTION ACT RCW 19.86 DEFENDANT NATIONAL ENTERPRISE SYSTEMS INC.**

48. All allegations incorporated by reference in Paragraph 48 of Plaintiff's Complaint are admitted and denied in the same manner and to the same extent as said allegations are otherwise admitted and denied herein.

49. NES denies the allegations set forth in Paragraph 49 of Plaintiff's Complaint.

50. NES denies the allegations set forth in Paragraph 50 of Plaintiff's Complaint.

51. NES denies the allegations set forth in Paragraph 51 of Plaintiff's Complaint.

**COUNT VI: INVASION OF PRIVACY (INTRUSION ON SECLUSION) DEFENDANT NATIONAL ENTERPRISE SYSTEMS INC.**

52. NES denies the allegations set forth in Paragraph 52 of Plaintiff's Complaint.

53. NES denies the allegations set forth in Paragraph 53 of Plaintiff's Complaint.

**COUNT VII IMPUTED LIABILITY OF NAVY FEDERAL CREDIT UNION FOR LIABILITY OF BY [sic] NATIONAL ENTERPRISE SYSTEMS INC.**

54. All allegations incorporated by reference in Paragraph 54 of Plaintiff's Complaint are admitted and denied in the same manner and to the same extent as said allegations are otherwise admitted and denied herein.

55. NES denies the allegations set forth in Paragraph 55 of Plaintiff's Complaint.

56. NES is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 56 of Plaintiff's Complaint, and therefore denies the same.

57. NES denies all other allegations set forth in Plaintiff's Complaint that are not otherwise specifically admitted or denied herein.

ANSWER OF DEFENDANT NATIONAL
ENTERPRISE SYSTEMS, INC.- 7
Case No. 3:23-CV-06065-TMC

c:\users\jeff\appdata\local\temp\answer for wdwash.doc

HASSON LAW, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

**AFFIRMATIVE DEFENSES**

1. NES affirmatively alleges, in the alternative, that Plaintiff has failed to state a claim upon which relief can be granted.

2. NES affirmatively alleges, in the alternative, that all of Plaintiff's claims are barred by a written agreement, between Plaintiff and NES, to settle such claims.

3. NES affirmatively alleges, in the alternative, that one or more of Plaintiff's claims may be barred by the doctrines of waiver, estoppel, laches, and/or unclean hands.

4. NES affirmatively alleges, in the alternative, that any violation of law by NES, which is specifically denied, was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

5. NES affirmatively alleges, in the alternative, that it acted in good faith at all times and in good faith reliance on the information provided by the creditor of the Account.

6. NES affirmatively alleges, in the alternative, that if it performed any wrongful acts, which is specifically denied, such acts were not performed knowingly, purposely, with malicious purpose, in bad faith, intentionally, recklessly, willfully, or wantonly.

7. NES affirmatively alleges, in the alternative, that Plaintiff has not suffered any compensable damages as a result of its actions.

8. NES affirmatively alleges, in the alternative, that Plaintiff may have failed to mitigate his damages, if any.

9. NES respectfully reserves the right to assert any additional affirmative defenses that may be revealed during the course of these proceedings.

WHEREFORE, Defendant requests that this Court dismiss Plaintiffs' Complaint at Plaintiffs' cost, and that Defendant be awarded reasonable attorney fees and costs as provided for under applicable law.

ANSWER OF DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.- 8
Case No. 3:23-CV-06065-TMC

c:\users\jeff\appdata\local\temp\answer for wdwash.doc

**HASSON LAW, LLC**
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

Dated December 29, 2023.

        HASSON LAW, LLC

        s/ Jeffrey I. Hasson
        WSBA No. 23741
        Hasson Law, LLC
        9385 SW Locust Street
        Tigard, OR 97223
        Telephone:  (503) 255-5352
        Fax:  (503) 255-6124
        E-Mail:  hasson@hassonlawllc.com

        ***Attorney for National Enterprise Systems, Inc.***

ANSWER OF DEFENDANT NATIONAL ENTERPRISE SYSTEMS, INC.- 9
Case No. 3:23-CV-06065-TMC

c:\users\jeff\appdata\local\temp\answer for wdwash.doc

HASSON LAW, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Christopher C. Johnson</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  CV-

Dated December 29, 2023.

                                                HASSON LAW, LLC

                                                <u>s/ Jeffrey I. Hasson</u>
                                                Jeffrey I. Hasson, WSBA No. 23741
                                                ***Attorney for National Enterprise Systems, Inc***

CERTIFICATE OF SERVICE - 1
Case No. 3:23-CV-06065-TMC

HASSON LAW, LLC
Attorneys at Law
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

c:\users\jeff\appdata\local\temp\answer for wdwash.doc