HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER C. JOHNSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NATIONAL ENTERPRISE SYSTEM INC, and NAVY FEDERAL CREDIT UNION,<br><br>　　　　　　　　Defendant. | CASE NO. 3:23-cv-06065-TMC<br><br>**[PROPOSED] ORDER GRANTING NAVY FEDERAL CREDIT UNION'S RULE 12(B)(1) AND 12(B)(6) MOTION TO DISMISS**<br><br>Note on Motion Calendar:<br>March 29, 2024 |

THIS MATTER having come before the Court on Defendant Navy Federal Credit Union's Rule 12(b)(1) and 12(b)(6) Motion to Dismiss, and the Court, having considered the arguments of the parties and the documents and pleadings on file, including the following:

　　1.　　Defendant Navy Federal Credit Union's Rule 12(b)(1) and 12(b)(6) Motion to Dismiss;

　　2.　　_____

　　3.　　_____

　　4.　　_____; and

　　5.　　_____.

---

[PROPOSED] ORDER GRANTING NAVY FEDERAL CREDIT UNION'S RULE 12(B)(1) AND 12(B)(6) MOTION TO DISMISS - 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

IT IS HERE BY ORDERED that the Plaintiff's Complaint is dismissed with prejudice.

DATED this ___ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE
TIFFANY M. CARTWRIGHT

Presented by:

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Daniel O. Culicover*
    Sarah N. Turner WSBA# 37748
    Daniel O. Culicover WSBA #55085
    701 Fifth Avenue, Suite 2100
    Seattle, WA 98104
    Phone: (206) 695-5115
    Email:    sturner@grsm.com
               dculicover@grsm.com
*Attorneys for Defendant Navy Federal Credit Union*

[PROPOSED] ORDER GRANTING NAVY FEDERAL CREDIT UNION'S RULE 12(B)(1) AND 12(B)(6) MOTION TO DISMISS - 2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the foregoing document was filed with the Clerk of the Court using CM/ECF System and service was made on the following individuals as indicated below:

| | |
|---|---|
| Christopher C. Johnson<br>5613 121st Street Court E #1<br>Puyallup, WA 98373<br>Phone: Not Available<br>Facsimile No.: Not Available<br>cejay80@gmail.com<br><br>*Plaintiff Pro Se* | Jeffrey I. Hasson<br>Attorney at Law<br>HASSON LAW, LLC<br>9385 SW Locust Street<br>Tigard, OR 97223<br>Phone: (503) 255-5352<br>Facsimile No.: (503) 255-6124<br>E-Mail: hasson@hassonlawllc.com<br><br>*Attorney for National Enterprise Systems, Inc.* |

Dated: March 5, 2024

                                            s/ *Jacqueline Burrell*
                                            Jacqueline Burrell

[PROPOSED] ORDER GRANTING NAVY FEDERAL CREDIT UNION'S RULE 12(B)(1) AND 12(B)(6) MOTION TO DISMISS - 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5115
Facsimile: (206) 689-2822