| | |
|---|---|
| Jeffrey I. Hasson, WSBA No. 23741<br>Hasson Law, LLC<br>9385 SW Locust Street<br>Tigard, OR 97223<br>Phone:  (503) 255-5352<br>Facsimile: (503) 255-6124<br>E-Mail: hasson@hassonlawllc.com | Honorable Tiffany M. Cartwright |

*Attorney for Defendant National Enterprise System Inc.*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER C. JOHNSON,<br><br>                          Plaintiffs,<br><br>   vs.<br><br>NATIONAL ENTERPRISE SYSTEM INC. and NAVY FEDERAL CREDIT UNION,<br><br>                          Defendants. | Case No.: 3:23-CV-06065-TMC<br><br>STIPULATION  AND  ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

Plaintiff and Defendants, by and through undersigned counsel, hereby notify the Court that the parties have agreed to settle this dispute and stipulate that this action and all claims herein may be dismissed with prejudice and without an award of attorney fees or costs to any party.

///

///

///

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE -- Page 1
Case No.: 3:23-CV-06065-TMC

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

1  Christopher C. Johnson, Pro Se
2  Email: Ccjay80@gmail.com
3  Plaintiff
4  Dated: 3-20-2024

/s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA No. 23741
Hasson Law, LLC
Email: hasson@hassonlawllc.com

Attorney for Defendant National
Enterprise System Inc.

Dated: March 20, 2024

/s/ Daniel O. Culicover
Daniel O. Culicover, WSBA No. 55085
Gordon Rees Scully Mansukhani LLP
Email: dculicover@grsm.com

Attorney for Defendant Navy Federal
Credit Union

Dated: March 20, 2024

## ORDER

This matter having come on for consideration on the foregoing Stipulation of Plaintiff and Defendants, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that Plaintiff's claims herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

Dated: March 28, 2024

Tiffany M. Cartwright
United States District Judge

Presented by:

/s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA No. 23741
Hasson Law, LLC
*Attorney for Defendant NES*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE -- Page 2
Case No.: 3:23-CV-06065-TMC

HASSON LAW, LLC
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

| | |
|---|---|
| 1 | Certificate of Service |
| 2 | I hereby certify that on March 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Christopher C. Johnson, Daniel O. Culicover, and I hereby certify on that I mailed by United States Postal Service the document to the following: |

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
Attorney for NES
Hasson Law, LLC
9385 SW Locust Street
Tigard, OR 97223
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@hassonlawllc.com

CERTIFICATE OF SERVICE -- Page 1
Case No.: 3:23-CV-06065-TMC

**HASSON LAW, LLC**
9385 SW Locust Street
Tigard, OR 97223
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124